# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information Associated with Facebook User ID:<br>facebook.com/monty.rags.13 (FB1) | ) ) ) Case No. 1:21-mj-109<br>) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1, attached and incorporated herein

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:
Location Information described in Attachment B-1, attached and incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 USC 843(b) | Use of a Communication Device to Facilitate Controlled Substance Offenses |
| 21 USC 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substanc |

The application is based on these facts:
See affidavit of DEA TFO William Johnson, attached and incorporated herein. To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I thus certify that the information likelyikely to be obtained is relevant to an ongoing criminal investigation conducted by DEA.

☑ Continued on the attached sheet.
☑ Delayed notice of _____ days (give exact ending date if more than 30 days: 10/07/2021 ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kevin T. Brown, SAUSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2021

_____
*Judge's signature*

City and state: Chattanooga, Tennessee

Honorable Christopher H. Steger, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| IN THE MATTER OF THE SEARCH OF THE INFORMATION ASSOCIATED WITH FACEBOOK USER ID facebook.com/monty.rags.13 (FB1) | Case No. 1:21-mj-109 **Filed Under Seal** |
|---|---|

## ATTACHMENT A-1

**Property to Be Searched**

This warrant applies to information associated with the following Facebook accounts hosted by Facebook Inc., 1601 Willow Road, Menlo Park, California, USA.

- Believed User: Monty Flynn

- User ID: facebook.com/monty.rags.13

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE INFORMATION ASSOCIATED WITH FACEBOOK USER ID facebook.com/monty.rags.13 (FB1) | Case No. 1:21-mj-109<br><br>**Filed Under Seal** |

## ATTACHMENT B-1

**I. Information to be disclosed by Facebook, Inc. (the "Provider")**

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of Facebook, Facebook is required to disclose the following information to the government for each User ID/Account listed in Attachment A-1:

(a) All physical location data collected by Facebook for the user of the account, including any data collected by Facebook's location services via the user's mobile phone or other device, on a real-time or near-real time basis. Facebook is required to provide any such data they collect, regardless of the time of day.

(b) Network addresses, including IP addresses and port numbers, associated with access to, and communications to or from, the SUBJECT ACCOUNT;

(c) MAC addresses including addresses associated with access to the account

(d) Packet headers, including packet headers associated with access to the SUBJECT ACCOUNT

(e) Any unique identifiers associated with the device or devices used to access the SUBJECT ACCOUNT;

(f) Information regarding the source and destination network addresses, as well as routes of transmission and size of Facebook messages, chats, and/or video chats, but not content; and

## II. Information to be seized by the government

All data disclosed by Facebook pursuant to this attachment. This data shall be made accessible by the Provider to the DEA 24 hours a day during the duration of production, and/or e-mailed to Task Force Officer William Johnson at William.b.johnson@usdoj.gov and Special Agent Andrew Bergren at Andrew.e.bergren@usdoj.gov

## III. Time for production by provider

(a) The provider shall begin producing the information required by this attachment as soon as reasonably practicable but in any event within 72 hours of service of the warrant.

## IV. Duration of production

(a) The provider shall produce the information required by this attachment for a period of thirty (30) days from the date of issuance of this warrant.